UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

```
                                    FILED by  VT   D.C.
                                    ELECTRONIC
                                       Nov. 9, 2009
                                    STEVEN M. LARIMORE
                                    CLERK U.S. DIST. CT.
                                    S.D. OF FLA. - MIAMI
```

WALLACE D. THOMAS
    and
STEVEN P. THOMAS,

    Plaintiffs,
v.

**09-CV-61781-Seitz-O'Sullivan**
CASE NO.:
MAGISTRATE JUDGE

M/V "TROPICAL ADVENTURE",
a vessel with Port of
Fort Lauderdale, Florida,
Official No. 645758,
her engines, tackle,
apparel, and other
appurtenances, *in rem,*
    and
ROYAL MISS BELMAR, L.L.C.
    and
ALAN SHINN, *in personam,*

    Defendants.
_____/

## VERIFIED COMPLAINT

Plaintiffs, WALLACE D. THOMAS and STEVEN P. THOMAS, sue Defendants, M/V "TROPICAL ADVENTURE", *in rem,* and ROYAL MISS BELMAR, L.L.C. and ALAN SHINN, *in personam,* and allege:

### A. JURISDICTION AND VENUE

1. This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears. This is an admiralty or maritime claim within the meaning of Rule 9(h).

2. This is an *in rem* action to enforce a maritime preferred mortgage lien on a vessel which is specifically authorized by 46

U.S.C. § 31325(b)(1). Defendant, M/V "TROPICAL ADVENTURE", presently is within the Southern District of Florida located on the New River in Fort Lauderdale, FL.

### B. PARTIES

3. Plaintiffs, **WALLACE D. THOMAS** and **STEVEN P. THOMAS**, are located at 1001 West Main Street, Crisfield, MD 21817.

4. Defendant, M/V "TROPICAL ADVENTURE", is an 85-foot passenger vessel registered with the United States Coast Guard with Official No. 645758. She is owned by ROYAL MISS BELMAR, L.L.C. with a mailing address of 1723 River Road, Belmar, NJ 07719. She is berthed on the North side of the New River, East of the 3rd Ave. Bridge, Fort Lauderdale, FL. The records of the National Vessel Documentation Center show that ROYAL MISS BELMAR, L.L.C. purchased this vessel then named "FREEDOM" on December 22, 2004, and changed her name first to "ROYAL MISS BELMAR" and thereafter to "TROPICAL ADVENTURE".

5. ROYAL MISS BELMAR, L.L.C. is a New Jersey Limited Liability Company whose sole member is ALAN SHINN whose address is 1723 River Road, Belmar, NJ 07719.

### C. COMPLAINT

6. On December 22, 2004, ROYAL MISS BELMAR, L.L.C., a New Jersey Limited Liability Company, purchased "TROPICAL ADVENTURE"

from Plaintiffs, WALLACE D. THOMAS and STEVEN P. THOMAS, of Crisfield, MD 21817.

7.  As part payment Defendant, ROYAL MISS BELMAR, L.L.C., signed a Promissory Note in the amount of $200,000 with interest payable at 6% due on December 22, 2005. ALAN SHINN, Managing Member of ROYAL MISS BELMAR, L.L.C., personally guaranteed this Note. This Note included all costs of collection, including reasonable attorney's fees. The Note is appended as Ex. A hereto.

8.  The Note is secured by a Preferred Ship Mortgage on "TROPICAL ADVENTURE", then named "ROYAL MISS BELMAR", Coast Guard Official Number 645758. This Mortgage is recorded in Batch Number 325191, Document ID 3078064, at the National Vessel Documentation Center in Falling Waters, West Virginia. The Mortgage is appended hereto as Ex. B.

9.  No payments were made prior to the due date of December 22, 2005. The only payments made were by two checks payable to Tangier Island Cruises, Inc. The first, in the amount of $8,000 and dated April 8, 2008, is appended as Ex. C hereto. The second, in the amount of $50,000 and dated November 21, 2008, is appended as Ex. D hereto.

10. The amount owed on November 30, 2009, is $205,017.17 computed as follows:

      a)    On December 22, 2004 -- the day of the sale, $200,000 was owed.

      b)    On December 21, 2005 - one year's interest on $200,000 was $12,000 making a total of $212,000 owed.

      c)    On December 21, 2006 - one year's interest on $212,000 was $12,720 making a total of $224,720 owed.

      d)    On December 21, 2007 - one year's interest on $224,720 was $13,483.20 making a total of $238,203.20 owed.

      e)    On April 8, 2008 - 108 days' interest at $39.16 per day was owed for a total of $4,229.28, so that a total of $242,432.48 owed. The $8,000 payment reduced this to $234,432.40.

      f)    On November 21, 2008, interest of $38.54 per day for 232 days was owed for a total interest of $8,979.82, making the total owed $243,412.42. A payment of $50,000 was made reducing the total owed to $193,412.42.

      g)    On November 21, 2009, another year's interest of $11,604.75 is owed making a grand total of $205,017.17 plus $33.70 per day thereafter.

      11.    Plaintiffs have had to retain undersigned attorney to enforce this Maritime Mortgage Lien on Defendant, "TROPICAL ADVENTURE", and Defendants have contracted to pay costs of collection including attorney's fees. *See* Ex. A appended hereto.

WHEREFORE, Plaintiffs demand:

(1) $205,017.17 plus interest of $33.17 per day after November 21, 2009.

(2) Custodial fees of approximately $20,000.

(3) Attorney's fees of approximately $25,000.

(4) An Order that the Marshal sell Defendant vessel as provided by law, and

(5) An Order that Plaintiffs, WALLACE D. THOMAS and STEVEN P. THOMAS, be permitted to bid their Judgment at the Marshal's sale.

November 9, 2009

CAPTAIN EDWARD R. FINK
Judge Advocate General's Corps
United States Navy (Retired)
Florida Bar No. 330337
P.O. Box 460037
Fort Lauderdale, Florida 33346
Tel. (954)524-6289; Fax (954)523-9446
Attorney for Plaintiffs

STATE OF FLORIDA    )
                    ) SS
COUNTY OF BROWARD   )

Pursuant to Supplemental Rule A5, Fed.R.Civ.P., CAPTAIN EDWARD R. FINK, attorney of record for Plaintiffs, the parties not being located in the Southern District of Florida and he having examined all pertinent records and having fully discussed the matter with Plaintiffs in Maryland, hereby attests that the document is true to the best of his knowledge and belief.

CAPTAIN EDWARD R. FINK
Attorney for Plaintiffs

The foregoing instrument was acknowledged before me this 9th day of November, 2009, by CAPTAIN EDWARD R. FINK, who is

personally known to me or has produced as identification and who did take an oath. FL DRWERS LICENSE

_____
NOTARY PUBLIC, State of Florida

Print: DEBRA C SLUSHER

My commission expires: 6/16/12

```
DEBRA C SLUSHER
Notary Public, State of Florida
Commission# DD329750
My comm. expires June 16, 2012
```

Appended:
    Ex. A - Promissory Note
    Ex. B - Preferred Mortgage
    Ex. C - Check for $8,000
    Ex. D - Check for $50,000

TROPICAL ADVENTURE.COM

## PROMISSORY NOTE

$200,000.00                                         December 22, 2004

**Promise to Pay.** In return for value I have received, I promise to pay $200,000.00 plus interest on the balance due, at a rate of six percent (6%) per year, from the above date until this Note is paid in full. If more than one person signs this Note, the word "I" shall mean each person who signs this Note. The payments will be made to the order of WALLACE D. THOMAS and STEVEN P. THOMAS, (referred to as "You") at 1001 West Main Street, Crisifeld, Maryland 21817.

**Payments.** I will pay you $200,000.00, plus all accrued interest on December 22, 2005, when the unpaid balance of principal and interest will be due. I have the right to pay the entire balance due plus interest at any time.

**Default.** I must make the payment required by this Note within 10 days of the due date of payment. Otherwise, you may declare that the Note is in default. No notice is required. Upon default, I must immediately pay you the entire balance due plus all costs of collection, including reasonable attorney fees. Each person who signs this Note is separately liable for the full amount.

**Waiver of Rights.** I give up my right to require that you do certain things. These are: (1) to demand payment (called "presentment"); (2) to notify me of nonpayment (called "notice of dishonor"); and (3) to obtain an official certified statement showing nonpayment (called a "protest"). These rights are also given up by all others who are liable on this Note (such as guarantors and endorsers). You do not give up your right to declare a default due to any previous delay or failure to declare a default.

WITNESS/ATTEST:                          ROYAL MISS BELMAR, L.L.C.

                                         _____
_____          ALAN SHINN, Managing Member


The within obligation is hereby personally guaranteed by me.

                                         _____
                                         ALAN SHINN

Keith, Winters & Wenning, L.L.C.
COUNSELLORS AT LAW
MAIN STREET AND LAREINE AVENUE
P.O. BOX 188
Bradley Beach, New Jersey 07720

EXHIBIT A
Blumberg No. 5192

```
Document Type: MORTGAGE
Batch Number: 325191
Document ID: 3078064
User ID: SCANNER6
Filed Date/Time: 04-JAN-2005 10:55 AM
```

## MORTGAGE

This is a preferred ship mortgage ("the mortgage") dated December 22nd, 2004, being created under federal law on the vessel ROYAL MISS BELMAR, hull Id: Coast Guard official number: no. 645758. The amount of the mortgage is $ 200,000.00 (the "amount financed"), plus accrued interest and performance of mortgage covenants. The maturity date of the mortgage is December 22, 2005, the date of the last scheduled payment.

### 1. PARTIES AND DEFINITIONS
**MORTGAGOR: ROYAL MISS BELMAR, LLC**
   A New Jersey Limited Liability Company
being the sole owner(s) of the vessel, and residing or having a place of business at:
   1723 River Road, Belmar, NJ 07719

**MORTGAGEE: WALLACE D. THOMAS and STEVEN P. THOMAS,**
   Joint tenants with right of survivorship
address:   1001 West Main Street, Crisfield, MD 21817

The words you and your mean all (individuals, partners, trustees or corporations) who sign this Mortgage as Mortgagor and their heirs, executors, administrators and assigns. The words we, us and ours mean the Mortgagee and anyone who has Mortgagee's rights under this Mortgage.

### 2. OBLIGATION SECURED:
This mortgage secures your obligation (the "Debt") now due or which may become due in the future to us under this Mortgage and under the provisions of a simple annual rate conditional sale contract (security agreement), "the "Note"), dated December 22, 2004. The provisions of the Note are incorporated herein by this reference as though set forth in full. If there is any inconsistency between the Note and this Mortgage, this Mortgage shall control.

### 3. DESCRIPTION OF VESSEL:
To secure the Debt, you mortgage to us the whole of the Vessel named and described herein.
   NAME: ROYAL MIS BELMAR          USCG OFFICIAL NUMBER: 645758
   HAILINGPORT: Belmar, NJ         HULL ID:
   MANUFACTURER:                   MODEL/MODEL YEAR: 85 / 1982    wood
   YEAR BUILT: 1982   LOA: 85'   ENGINE MANUFACTURER:          HORSEPOWER: T/
   ENGINE SERIAL NUMBERS:                         DIESEL
   STATE OF PRINCIPAL USE: New Jersey
   LOCATION(SUMMER): Belmar, NJ          Winter: Belmar, NJ

together with all masts, towers, boiler, cables, engines, machinery, bowsprits, sails, rigging, auxiliary boats, anchors, chains, tackle, apparel, furniture, fittings, tools, pumps, radar and other electronic or other equipment and supplies, and all fishing and other appurtenances and accessories, now used in or on the Vessel or which may be substituted in or added to the Vessel in the future, whether or not removed from the Vessel; and all freights, subfreights and charter hire. The word "Vessel" as used in this Mortgage includes all of the above items as well as the hull, to the extent that they may be mortgaged under Chapter 313, Title 46, U.S. Code.

### 4. PROMISE TO PAY:
You will pay and perform the debt.

### 5. JOINT MORTGAGORS:
If more than one of you signs this Mortgage as Mortgagor, each of you is responsible for paying the full amount due under this Mortgage, unless specifically stated otherwise below. We do not have to notify one Mortgagor that another has defaulted under this Mortgage. We may give one Mortgagor extensions to pay or change or release his responsibility without releasing any other Mortgagor.

### 6. CITIZENSHIP:
You are and shall continue to be a citizen of the United States until this Mortgage is paid in full.

(Preferred Ship Mortgage, page 1)
HAILING PORT SERVICE INC.

NATIONAL VESSEL DOCUMENTATION
& COAST GUARD

I HEREBY CERTIFY THIS TO BE A TRUE
AND EXACT COPY OF THE ORIGINAL.

*[signature]* 2/9/05

**EXHIBIT B**
1 OF 3
Blumberg No. 5192

7. **FEDERAL DOCUMENTATION AND RIGHT TO OWN AND OPERATE:** You are, and shall continue to be entitled to own and operate this Vessel under her United States Coast Guard Certificate of Documentation in accordance with the endorsements thereon. You will continue to keep the Vessel's Certificate of Documentation in full force and effect.

8. **GOOD STANDING OF CORPORATE MORTGAGOR:** If this Mortgage is given by a corporation, the corporation is properly incorporated and exists in good standing under the laws of the state of its incorporation.

9. **TITLE WARRANTY:** You warrant title to the Vessel. This means that you are responsible for any expenses or losses to us, if anyone else successfully claims an interest in the Vessel or any part of it.

10. **RISK OF LOSS:** Damage, destruction or other loss of the Vessel does not release you from this Debt. You must notify Mortgagee if the Vessel is damaged, destroyed or disappears.

11. **INSURANCE AND NOTICE OF LOSS:** Until the Debt secured by this Mortgage is fully paid, you will insure the Vessel at all times for its full insurance value against fire, theft, collision, damage caused by water conditions, and such other hazards as we may reasonably require. The insurance company must be reasonably acceptable to us. Such insurance must protect us (up to the amount you owe under this Mortgage) as well as you. You will keep the insurance renewed and in full force, and will provide us wit proof of payment as we require. You will authorize the insurance company to pay any loss to us, and to name us as additional loss payee in the policy. If at any time before this Mortgage is paid in full such insurance lapses or is canceled, we may buy replacement insurance and the amount paid by us will be considered an additional indebtedness to be repaid by you subject to interest. If the Vessel is lost, stolen, damaged or destroyed, you will notify us within 24 hours of such occurrence.

12. **SALE OF THE VESSEL:** You will not sell the Vessel without paying off the full balance due on the Debt secured by this Mortgage.

13. **LOCATION OF VESSEL:** You will not, without our prior written approval, take this Vessel beyond the limits of the United States. You will not abandon the Vessel.

14. **DISPLAY OF MORTGAGE ON VESSEL:** You will prominently display and keep the Coast Guard certificate of documentation and a completed copy of this Mortgage on board the Vessel. You will show them to all persons having business with the Vessel and to us upon demand.

15. **BILLS AND TAXES:** You will pay all repair bills, storage bills, taxes, fines or other charges on the Vessel. If we pay any of these bills, you will repay us on demand, with interest.

16. **CARE OF THE VESSEL:** You will keep the Vessel in good condition and repair.

17. **SEIZURE OF THE VESSEL:** You will notify us promptly if the Vessel is libeled, attached, detained, seized or levied upon or taken into custody by any court or other authority. You will immediately take steps to have the Vessel released.

18. **INSPECTION OF VESSEL:** You will at all times allow us to inspect the Vessel and its cargo and papers and examine your related accounts.

19. **LATE CHARGES AND ATTORNEY'S FEE:** You agree to pay any late charges that become due under the Debt. If proceedings are brought to foreclose this Mortgage, you agree to pay attorney's fees and court costs.

20. **DEMAND FOR FULL PAYMENT/DEFAULT:** You will be in default, and we may demand full payment at once of all you owe under the Debt secured by this Mortgage, if you (a) do not make any payment when due; or (b) fail to perform any of the terms and conditions of the Mortgage or the Debt it secures; or (c) have made any misleading

(Preferred Ship Mortgage, page 2)
HAILING PORT SERVICE INC.



EXHIBIT B
2 OF 3
Blumberg No. 5192

statement about any important fact in this Mortgage or the Debt secured by this mortgage, or in your application for credit approval; or (d) die, or (e) become insolvent; or (f) file for bankruptcy or similar relief, or let a lien be placed on the Vessel; or if (g) the Vessel lessens in value or becomes valueless other than through normal depreciation; or if (h) your ability to make timely payments is cut off; or if (I) anything else happens that we in good faith and with reasonable cause believe may endanger your ability to pay this Mortgage. FOR CORPORATE MORTGAGOR: If this Mortgage is given by a corporation, we may also request full payment if the corporation ceases doing business as a going concern or makes an assignment for benefit of creditors, liquidates substantially all of its assets, files for dissolution, or sells all or a controlling interest in the stock of the corporation.

**21. REPOSSESSION AND FORECLOSURE:** If you are in default, we have the right to repossess and sell the Vessel without court order. Alternatively, we have the right to foreclose in federal court under the maritime laws of the United States. We also have the right to exercise any and all other remedies available under the Note, the Loan Documents, or applicable law. No action on our part will constitute an election or remedies to the exclusion of others.

**22. PROCESS OF SALE:** If we resell the Vessel, we will subtract any late charges, cost of taking the Vessel, storage, costs of sale, reasonable attorney's fees and court costs from the price at which the Vessel is sold to arrive at net sale proceeds. If you owe more than the net sales proceeds, you will pay us the difference. If you owe less than the net sale proceeds, you will receive the difference from us.

**23. NO WAIVER OF RIGHTS:** We may delay in enforcing any of our rights without losing any of them.

**24. CHOICE OF LAW:** This mortgage is subject to the substantive laws of the State of Maryland except to the extent it is governed by the laws of the United States.

**25. TIME IS OF THE ESSENCE:** Time is of the essence in this Mortgage.

**26. INVALID PROVISIONS:** If any provisions of this Mortgage cannot be enforced, the rest of the Mortgage will stay in effect.

WITNESS: _____

ROYAL MISS BELMAR, LLC

by: _____
Alan Shinn, sole member

by: _____

### ACKNOWLEDGMENT

STATE OF: NJ
COUNTY OF: Monmouth

The foregoing instrument was acknowledged before me this 22nd day of December, 2004 by Alan Shinn, who is personally known to me; or who has produced Drivers License _____ (type of identification) as identification and who acknowledged execution of the foregoing instrument in their stated capacities for the purposes therein contained.
In witness whereof, I have hereunto set my hand and seal this 22nd day of December, 2004.

NOTARY PUBLIC

my commission expires:
(stamp/seal)

KATHERINE G. ROFULOWITZ
A Notary Public of New Jersey
My Commission Expires June 11, 2007

(Preferred Ship Mortgage, page 3)
HAILING PORT SERVICE INC.

EXHIBIT
B
3 OF 3
Blumberg No. 5192

| | | | 1567 |
|---|---|---|---|
| Miss Belmar Inc | | THE BANK OF NEW YORK | |
| 1723 River RD | | 4/8/2008 | |
| Belmar NJ 07719 | | | |

PAY TO THE ORDER OF: Tangier Island Cruises      $ 8,000.00

Eight Thousand and 00/100 ———————————————————— DOLLARS

Tangier Island Cruises, Inc.
113 Pilot House Lane
Reedville Virginia 22539

MEMO: Interest

⑆001567⑆ ⑈021202719⑈ ⑆6105529595⑆

Transit - 04/18/2008

Transit - 04/18/2008

**EXHIBIT C**
Blumberg No. 5192

Went to JAMES for Eng Rep.
158.00





**PNC BANK**

```
040
MARINE (201)
943 WEST MAIN STREET
CRISFIELD MD 21817
Cashbox 01 AM

* OTC Deposit Check
11:36         DEC 1 2008
Account Number      XXXXXX2285
Tran Amount         $50,000.00

W/S ID WWSB2011   Sequence Number 00109
Batch 402
```

This deposit or payment is accepted subject to verification and to the rules and regulations of this bank. Deposits may not be available for immediate withdrawal. Receipt should be held until verified with your statement.



64,546.39



EXHIBIT D

JS 44
(Rev. 12/96)
Case 0:09-cv-61781-PAS   Document 1   Entered on FLSD Docket 11/09/2009   Page 13 of 13

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
WALLACE D. THOMAS and
STEVEN P. THOMAS

**DEFENDANTS**
M/V "TROPICAL ADVENTURE" and
ROYAL MISS BELMAR L.L.C. and
ALAN SHINN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)
Crisfield, Maryland

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) 954-524-6289
CAPTAIN EDWARD R. FINK, P.O. Box 460037, Ft.Lauderdale, FL 33346

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:09CV61781-Seitz-O'Sullivan

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability / ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA 1395ff | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor Mgmt Relations | ☐ 862 Black Lung 923 | ☐ 893 Environmental Matters |
| | | | ☐ 863 DIWC/DIWW 405(g) | ☐ 894 Energy Allocation Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI 405(g) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| B☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** | | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / B☐ 530 General | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 444 Welfare / A☐ 535 Death Penalty | | A☐ 871 IRS - Third Party 26 USC 7609 | A OR B |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / B☐ 540 Mandamus & Other | A☐ 791 Empl Ret Inc Security Act | | |
| ☐ 290 All Other Real Property | B☐ 550 Civil Rights | | | |
| | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
An action to enforce a maritime preferred mortgage lien pursuant to 46 U.S.C. 31325(b)(1)

LENGTH OF TRIAL
via 2 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23
DEMAND $255,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S)** (See instructions)
IF ANY
JUDGE _____   DOCKET NUMBER _____

DATE 9 November, 2009
SIGNATURE OF ATTORNEY OF RECORD Edward R. Fink

**FOR OFFICE USE ONLY**
RECEIPT # 548015  AMOUNT 350.00  APPLYING IFP _____  JUDGE _____  MAG JUDGE _____

13 of 16