# United States District Court

SOUTHERN DISTRICT OF FLORIDA

WALLACE D. THOMAS
and
STEVEN P. THOMAS,
Plaintiffs,
V.
M/V "TROPICAL ADVENTURE"
and
ROYAL MISS BELMAR, L.L.C.
and
ALAN SHINN,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 09-CV-61781-Seitz-O'Sullivan

TO: (Name and address of defendant)

ALAN SHINN, 723 Maidenstone Dr., Brick, New Jersey 08724
(732) 903-6868

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CAPTAIN EDWARD R. FINK, P.O. Box 460037, Fort Lauderdale, FL 33346

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SUMMONS

DATE: Nov. 9, 2009

Steven M. Larimore
Clerk of Court

s/Vernice Thomas
Deputy Clerk
U.S. District Courts

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

WALLACE D. THOMAS
and
STEVEN P. THOMAS,
Plaintiffs,
V.
M/V "TROPICAL ADVENTURE"
and
ROYAL MISS BELMAR, L.L.C.
and
ALAN SHINN,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **09-CV-61781-Seitz-O'Sullivan**

TO: (Name and address of defendant)

ROYAL MISS BELMAR, L.L.C., werve ALAN SHINN, 728 Maidenstone Drive, Brick, New Jersey 08724 (732) 903-6868

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CAPTAIN EDWARD R. FINK, P.O. Box 460037, Fort Lauderdale, FL 33346

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**

DATE  Nov. 9, 2009

s/Vernice Thomas
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court