# Exhibit D

# J. F. B. DIESEL, LLC

## 69 WINFIELD AVENUE – STATEN ISLAND, NY 10305

SOLD TO:
CITY: Royal Miss Belmar          DATE: 4/16/05

**INSURANCE ESTIMATE**

| QTY | PART NUMBER | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2 | 5102770T | Turbo Cylinder Heads | 2,731.53 | 5,463.06 |
| 28 | 5100881B | Cylinder Head Bolts | 7.43 | 208.04 |
| 9 | 5144848R | Connecting Rods | 42.26 | 380.34 |
| 3 | 5144848R | New Connecting Rods | 98.16 | 294.48 |
| 2 | 5103838 | Turbo Chargers | 1,025.43 | 2,050.86 |
| 24 | 5148373 | Piston to Rods Bolts | 1.83 | 43.92 |
| 24 | 5148374 | Lockwasher | .93 | 22.32 |
| 24 | 5144846 | Piston to Rod Spacer | 2.74 | 65.76 |
| 12 | 5199569 | Liner Shim ".003 | 3.02 | 36.24 |
| 12 | 5193316 | Liner Inserts STD | 5.94 | 71.28 |
| 12 | 23522953T | Turbo Cylinder Kits | 336.47 | 4,037.64 |
| 12 | | Rod Bearing "STD" | 15.33 | 183.96 |
| 7 | 5149556 | Main Bearing "STD" | 18.72 | 131.04 |
| 4 | 5117005 | Thrust Washer "STD" | 8.09 | 32.36 |
| 1 | 5196382 | V-12 Turbo Gasket Set | 280.56 | 280.56 |
| 2 | V-12 TB | V-12 Turbo Blower | 543.63 | 1,087.26 |
| 1 | V-12 MG | V-12 Governor Rebuilt | 526.60 | 526.60 |
| 1 | 5103377 | Blower Sprill Pack | 85.51 | 85.51 |
| 1 | 5103378 | Blower Drive Shaft | 95.97 | 95.97 |
| 1 | V-12LP | Lube Oil Pump Rebuilt | 147.31 | 147.31 |
| 1 | 89210SSR | Oil Pump Regulator | 41.07 | 41.07 |
| 1 | 5882514R | Oil Relief Valve | 37.42 | 37.42 |
| 6 | 5183323N | Oil Pump Shims | 2.32 | 13.92 |
| 2 | 5109079 | Valve Cover Gasket | 29.38 | 58.76 |
| 4 | 5109080 | Rubber Insert | 7.51 | 30.04 |
| 4 | 23503826 | Therostaff 170 | 37.51 | 150.04 |
| 12 | 5228770R | N70 Injector | 65.50 | 786.00 |
| 1 | 37238 | Crossover Pipe | 22.22 | 22.22 |
| 1 | | Complete Hose Set | 237.51 | 237.51 |
| 2 | 5 Gallons | Safety Clean | 33.42 | 66.84 |
| 2 | | 25 Rags | 15.77 | 31.54 |
| 6 | 1 Case | Alpine Green Paint | 5.49 | 32.94 |
| | | | PARTS | $16,752.81 |
| 100Hr. | $65/Hr.- 2 Men | | LABOR | $13,000.00 |
| | | | TOLLS | 80.00 |
| | | | TOTAL: | $29,832.81 |

Case
09CV61781
MV TROPICAL
ADVENTURE

Exhibit
D
Branagan and JFP
invoices

CELL: 917-838-2453

# J.F.B. DIESEL, LLC

## 196 AMBER STREET STATEN ISLAND, NY 10306

SOLD TO:   ROYAL MISS BELMAR              DATE: 2/ 07/ 05

ADDRESS:   BELMAR MARINA                  TERMS:  COD

CITY:   BELMAR NJ 07719

## JOB DESCRIPTION

WATER IN OIL ON PORT ENGINE,  PRESSURE TEST ENGINE ,PULL OIL PAN DOWN, FIND WATER LEAKING DOWN FROM OUTBOARD SIDE OF ENGINE, PULL CYCLINDER  HEAD ON OUTBOARD SIDE, PRESSURE TEST OUTBOARD BANK FOUND HOLE IN ENGINE BLOCK THAT WAS FILLED WITH SOME TYPE OF FILLER OR EPOXY,  ENGINE NEEDS TO BE REBUILT AND ALSO NEEDS NEW ENGINE BLOCK , MR ALAN SHINN  WANTS TO REBUILD ENGINE BUT DOES NOT WANT TO REPLACE ENGINE BLOCK AT THIS TIME HE ASK US TO TRY AND PUT EPOXY PATCH BACK IN  ENGINE BLOCK , WE WILL ATTEMPT TO PATCH PORT ENGINE BLOCK  EVEN  IF PATCH WORKS THERE WILL BE NO WARANTY ON PORT ENGINE  UNLESS NEW ENGINE BLOCK IS INSTALLED

11 HOURS LABOR - 2 MEN @ $65.00 PER HOUR        TOTAL  $ 1,430.00